14941, 14942.  LOVELACE LUMBER CO. *v.* BOHLER, administratrix, *et al.;* and *vice versa.*

BROYLES,. C. J.  1. Under the facts of the case the overruling of the motion for a nonsuit was not error.

2. The jury returned a verdict for the plaintiff for $500, and the plaintiff made a motion for a new trial which was based upon the usual general grounds only.  As there was some evidence to support the verdict, this court is without authority to interfere with the judgment overruling the motion.

*Judgment affirmed on main and cross-bills of exceptions.  Luke and Bloodworth, JJ., concur.*

DECIDED DECEMBER 5, 1923.

Trover; from Lincoln superior court—Judge Shurley.  July 11, 1923.

Application for certiorari was denied by the Supreme Court.

*Burnside & McWhorter,* for plaintiff.

*Clement E. Sutton,* for defendants.